JAMES M. BIRKELUND (SBN 206328)
Law Offices of James Birkelund
548 Market St., # 11200
San Francisco, CA 94105
Telephone: (415) 602-6223
Fax: (415) 789-4556
Email: james@birkelundlaw.com

Attorneys for Plaintiff DERRICK D. PAYNE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERRICK D. PAYNE, an individual,<br><br>     Plaintiff,<br><br>v.<br><br>CITY AND COUNTY OF SAN FRANCISCO; DEPUTY CITY ATTORNEY ROWENA T. LIBANG, in her personal and official capacity; DEPARTMENT OF HUMAN SERVICES, SOCIAL WORKER GILBERT JUE, in his personal and official capacity; SAN FRANCISCO SHERIFF MICHAEL HENNESSEY; DEPUTY SHERIFF L. CASTELLANOS, in his personal and official capacity; SERGEANT G. NODA, in his personal and official capacity; DEPUTY SHERIFF S. NEU, in his personal and official capacity; DEPUTY SHERIFF J. TILTON, in his personal and official capacity; DEPUTY SHERIFF MCCONICO, in his personal and official capacity, and DOES 1 through 100, inclusive.<br><br>     Defendants | Case No.  C 11-01328 RS<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S EX PARTE APPLICATION TO RE-SCHEDULE HEARING DATE FOR DEFENDANTS' MOTION TO DISMISS AND MOTION TO STRIKE**<br><br>Trial Date:     Not Set |

[PROPOSED] ORDER GRANTING PLAINTIFF'S EX PARTE APPLICATION TO RE-SCHEDULE HEARING DATE FOR DEFENDANTS' MOTION TO DISMISS AND MOTION TO STRIKE

1

Having considered Plaintiff's *ex parte* application to re-schedule the hearing date set for Defendants' motion to strike and motion to dismiss, and finding good cause therefor, this Court grants Plaintiff's request to re-schedule the hearing date for the motion to strike and motion to dismiss to September 8, 2011.

IT IS SO ORDERED.

Date: 7/1/11

_____
HONORABLE RICHARD SEEBORG
United States District Judge

[PROPOSED] ORDER GRANTING PLAINTIFF'S EX PARTE APPLICATION TO RE-SCHEDULE HEARING DATE FOR DEFENDANTS' MOTION TO DISMISS AND MOTION TO STRIKE

2