United States District Court
Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DERRICK PAYNE,

     Plaintiff,

  v.

DEPUTY CITY ATTORNEY ROWENA T. LIANG, et al.,

     Defendants.

Case No.: 4:11-cv-01328-YGR

**ORDER REQUIRING CONFERENCE REGARDING MAGISTRATE JUDGE**

     In the Joint Case Management Statement filed on January 30, 2012, the parties indicated their "willing[ness] to consider additional magistrate judges depending on the judge that would be assigned."  Dkt. No. 63.  The Court orders that the parties meet and confer within fourteen (14) days of the date this Order regarding whether they will consent to a United States Magistrate Judge for all purposes, including trial.  Within three (3) days thereafter, the parties shall jointly provide the Court with their proposed Magistrate Judge (if agreed upon), or a list of three Magistrate Judges (per side) indicating each party's preference.  If the parties do not consent to a Magistrate Judge for all purposes, including trial, the parties shall so inform the Court.

     **IT IS SO ORDERED.**

Dated: February 14, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**