UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERRICK PAYNE,<br><br>           Plaintiff,<br><br>   v.<br><br>DEPUTY CITY ATTORNEY ROWENA T. LIBANG, et al.,<br><br>           Defendants. | Case No.: 4:11-cv-01328-YGR<br><br>**ORDER REGARDING REQUEST FOR PRE-SUMMARY JUDGMENT MOTION CONFERENCE** |

On July 17, 2012, the Court received a request for a pre-summary judgment motion conference. (Dkt. No. 75.) Defendants did not file with the Court a letter brief outlining any opposition as is required by Rule 9a of the Court's Standing Order in Civil Cases. In Section 1983 cases, the Court requires more specificity than plaintiff has provided. Accordingly, Plaintiff shall file a supplemental letter brief addressing each issue in Section A of Exhibit A. Further, to the extent Defendants intend to file its own motion based on immunity and/or oppose Plaintiff's, they shall file a letter brief addressing each issue in Section B of Exhibit A and respond to Plaintiff's Letter dated July 17, 2012.

The parties shall file the letter briefs referenced herein by July 30, 2012. The pre-motion conference is scheduled for 2:00 p.m. on Wednesday, August 1, 2012. If this date poses a conflict, the parties shall meet and confer and contact the Court with proposed alternatives for Wednesdays or Fridays, excepting the week of August 13, 2012.

**IT IS SO ORDERED.**

Dated: July 24, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**