UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERRICK PAYNE,<br><br>        Plaintiff,<br><br>     v.<br><br>DEPUTY CITY ATTORNEY ROWENA T. LIBANG, et al.,<br><br>        Defendants. | Case No.: 4:11-cv-01328-YGR<br><br>**ORDER REGARDING SUBMITTAL OF STIPULATION AND STATE COURT PROTECTIVE ORDER OF RECORDS RELEASED PURSUANT TO W&I § 827** |

      The Court has been notified that the parties have entered into a stipulation and proposed protective order ("Stipulation") limiting the use and dissemination of certain Juvenile Court records released pursuant to Cal. Welf. & Inst. Code section 827. (Dkt. No. 80.) The Stipulation has been signed and entered by San Francisco Superior Court Judge Patrick Mahoney. *Id.*

      The Court hereby approves the Stipulation, <u>*with the exception that*</u>, as to paragraph 5(IV), the parties must comply with Civ. L.R. 79-5 and General Order 62 to request a sealing order before any documents may be filed under seal. *See* Civ. L.R. 79-5(a) ("No document may be filed under seal, i.e., closed to inspection by the public, except pursuant to a Court order that authorizes the sealing of the particular document, or portions thereof. . . . A stipulation, or a blanket protective order that allows a party to designate documents as sealable, will not suffice to allow the filing of documents under seal."). Further, as to paragraph 5(VI), the Court will not return or destroy any records filed under seal.

**IT IS SO ORDERED.**

Dated: August 3, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**