1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  CHERYL ADAMS, State Bar #164194
   Chief Trial Attorney
3  DONALD P. MARGOLIS, State Bar #116588
   DUNCAN CARLING, State Bar #262387
4  Deputy City Attorneys
   1390 Market Street, Sixth Floor
5  San Francisco, California 94102-5408
   Telephone:     (415) 554-3800
6  Facsimile:     (415) 554-3837
   E-Mail:        don.margolis@sfgov.org
7  E-Mail:        duncan.carling@sfgov.org

8  Attorneys for Defendants
   CITY AND COUNTY OF SAN FRANCISCO, ET AL

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERRICK D. PAYNE,<br><br>    Plaintiffs,<br><br>    vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, DEPUTY CITY ATTORNEY ROWENA T. LIBANG, in her personal and official capacity; DEPARTMENT OF HUMAN SERVICES, SOCIAL WORKER GILBERT JUE, in his personal and official capacity; SAN FRANCISCO SHERIFF MICHAEL HENNESSEY; DEPUTY SHERIFF L. CASTELLANOS, in his personal and official capacity; SERGEANT G. NODA, in his personal and official capacity; DEPUTY SHERIFF S. NEU, in his personal and official capacity; DEPUTY SHERIFF J. TILTON, in his personal and official capacity; DEPUTY SHERIFF MCCONICO, in his personal and official capacity, and DOES 1 through 100, inclusive,<br><br>    Defendants. | Case No. CV 11 1328 YGR<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE; [PROPOSED] ORDER**<br><br>Trial Date:     November 26, 2012 |

## STIPULATION

This Court having granted defendants' motion for partial summary judgment on plaintiff's first claim for relief for false arrest, and having denied plaintiff's cross-motion for partial summary judgment on the same claim (Dkt. 109), there having been no disposition of the second and third claims for relief in the operative complaint in this action, under Federal Rule of Civil Procedure 41(a)(1) the parties stipulate to dismissal of the entire action with prejudice, with each party to bear his, her, or its own attorney's fees, costs, and expenses.

Dated:  October 26, 2012          LAW OFFICES OF JAMES BIRKELUND

By: /s/ James Birkelund
Attorneys for Plaintiff


Dated:  October 26, 2012          DENNIS J. HERRERA
City Attorney
CHERYL ADAMS
Chief Trial Deputy
DONALD P. MARGOLIS
DUNCAN CARLING
Deputy City Attorneys

By: /s/ Donald P. Margolis
DONALD P. MARGOLIS
Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO, ROWENA LIBANG, GILBERT JUE, GARY NODA, LUIS CASTELLANOS, SCOTT NEU, JASON TILTON, AND RONALD MCCONICO

[The filer of this document attests that concurrence in the filing of this document has been obtained from plaintiff's attorney above, and shall serve in lieu of his signature.]

## ORDER

**PURSUANT TO STIPULATION**, this action is dismissed with prejudice.  Each side shall bear his, her, or its own attorney's fees, costs, and expenses.  **IT IS SO ORDERED.**

Dated: October 30, 2012

The Honorable Yvonne G. Rogers
United States District Judge