1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  CHERYL ADAMS, State Bar #164194
   Chief Trial Attorney
3  DONALD P. MARGOLIS, State Bar #116588
   DUNCAN CARLING, State Bar #262387
4  Deputy City Attorneys
   1390 Market Street, Sixth Floor
5  San Francisco, California 94102-5408
   Telephone:    (415) 554-3800
6  Facsimile:    (415) 554-3837
   E-Mail:    don.margolis@sfgov.org
7  E-Mail:    duncan.carling@sfgov.org

8  Attorneys for Defendants
   CITY AND COUNTY OF SAN FRANCISCO, ET AL
9

10

11

12              UNITED STATES DISTRICT COURT

13            NORTHERN DISTRICT OF CALIFORNIA

14  DERRICK D. PAYNE,                        Case No. CV 11 1328 YGR

15          Plaintiffs,                      **STIPULATION OF DISMISSAL WITH
                                             PREJUDICE;** ~~**[PROPOSED]**~~ **ORDER**
16          vs.
                                             Trial Date:        November 26, 2012
17  CITY AND COUNTY OF SAN
    FRANCISCO, DEPUTY CITY ATTORNEY
18  ROWENA T. LIBANG, in her personal and
    official capacity; DEPARTMENT OF
19  HUMAN SERVICES, SOCIAL WORKER
    GILBERT JUE, in his personal and official
20  capacity; SAN FRANCISCO SHERIFF
    MICHAEL HENNESSEY; DEPUTY
21  SHERIFF L. CASTELLANOS, in his personal
    and official capacity; SERGEANT G. NODA,
22  in his personal and official capacity; DEPUTY
    SHERIFF S. NEU, in his personal and official
23  capacity; DEPUTY SHERIFF J. TILTON, in
    his personal and official capacity; DEPUTY
24  SHERIFF MCCONICO, in his personal and
    official capacity, and DOES 1 through 100,
25  inclusive,

26          Defendants.

27

28

Stipulation for Dismissal; Order                1           g:\ygrall\ecf-ready\payne 11-1328 dismissal order (stip).doc
CV 11 1328 YGR

## STIPULATION

This Court having granted defendants' motion for partial summary judgment on plaintiff's first claim for relief for false arrest, and having denied plaintiff's cross-motion for partial summary judgment on the same claim (Dkt. 109), there having been no disposition of the second and third claims for relief in the operative complaint in this action, under Federal Rule of Civil Procedure 41(a)(1) the parties stipulate to dismissal of the entire action with prejudice, with each party to bear his, her, or its own attorney's fees, costs, and expenses.

Dated:  October 26, 2012                    LAW OFFICES OF JAMES BIRKELUND

                                        By: _/s/ James Birkelund_____
                                            Attorneys for Plaintiff


Dated:  October 26, 2012                    DENNIS J. HERRERA
                                            City Attorney
                                            CHERYL ADAMS
                                            Chief Trial Deputy
                                            DONALD P. MARGOLIS
                                            DUNCAN CARLING
                                            Deputy City Attorneys

                                        By: _/s/ Donald P. Margolis_____
                                            DONALD P. MARGOLIS
                                            Attorneys for Defendants
                                            CITY AND COUNTY OF SAN FRANCISCO,
                                            ROWENA LIBANG, GILBERT JUE, GARY NODA,
                                            LUIS CASTELLANOS, SCOTT NEU, JASON
                                            TILTON, AND RONALD MCCONICO

                                            [The filer of this document attests that concurrence in the filing of
                                            this document has been obtained from plaintiff's attorney above,
                                            and shall serve in lieu of his signature.]

## ORDER

**PURSUANT TO STIPULATION**, this action is dismissed with prejudice.  Each side shall bear his, her, or its own attorney's fees, costs, and expenses.  **IT IS SO ORDERED.**

Dated: October 30, 2012

                                        _____
                                        The Honorable Yvonne G. Rogers
                                        United States District Judge